# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Larry J. Robinson<br>xxx–xx–8072<br>3607 Pierce Street<br>Gary, IN 46408<br><br>Juanita Robinson<br>xxx–xx–3895<br>3607 Pierce Street<br>Gary, IN 46408 | )<br>)<br>)<br>) Case Number: 09–23493–jpk<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 13<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER AND NOTICE FOR FINAL HEARING
## ON MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE

    The Court does hereby ORDER, and NOTICE is hereby given that a FINAL EVIDENTIARY Hearing shall be held at U.S. Bankruptcy Court, 5400 Federal Plaza, Hammond, Indiana, 46320 on the 2nd day of March, 2015 at 2:30 P.M. as to the following to wit: Motion to Dismiss (or Convert) this Chapter 13 case by Paul R. Chael, Trustee for material default in plan payments, or for failure to commence making timely payments pursuant to 11 U.S.C. §1307.

    Any request for a continuance must be by Verified Motion filed with the Court prior to the above hearing date showing good cause therefore signed by at least one attorney of record with copies of the same first served upon all opposing counsel. If no such Motion is filed, the Court may proceed to hear said Motion.

    IN THE EVENT THIS MATTER IS SETTLED, THE ATTORNEYS ARE TO IMMEDIATELY ADVISE THE COURT OF THAT FACT.

    The Movant shall have prepared for filing an affidavit or declaration pursuant to 28 U.S.C. §1746 reflecting in detail the nature and extent of the alleged default by the Debtor(s) at the time of any submission of said Motion.

Dated: January 28, 2015 .

J. Philip Klingeberger
_____
Judge, United States Bankruptcy Court

Document No. 74 – 72

WE–0
Rev. 5/9/2000